UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 19-3276 |
| | ) |
| ONE MILLION ONE HUNDRED AND ONE | ) |
| THOUSAND FOUR HUNDRED FIFTY | ) |
| FOUR DOLLARS AND THIRTY ONE | ) |
| CENTS ($1,101,454.31) IN UNITED | ) |
| STATES FUNDS, | ) |
| | ) |
| Defendant. | |

### VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

***COMES NOW***, the plaintiff United States of America, by and through the United States

Attorney for the District of Columbia, to bring this verified complaint for forfeiture in a civil

action *in rem* against the defendant property, which is $1,101,454.31 in United States funds,

which law enforcement seized on or about November 20, 2014. In further support of its cause,

plaintiff states as follows:

### NATURE OF THE ACTION AND DEFENDANT *IN REM*

1.      This is a civil action *in rem* for the forfeiture of the defendant property to the use

and benefit of the plaintiff, the government of the United States of America. Pursuant to 21

U.S.C. § 881(a)(6), property is subject to forfeiture to the United States if it is "moneys,

negotiable instruments, securities, or other things of value furnished or intended to be furnished

by any person in exchange for a controlled substance, . . . proceeds traceable to such an

exchange, and all moneys, negotiable instruments, and securities used or intended to be used to

facilitate" any violation of Title II of Pub. L. 91-513, commonly called the Controlled

Substances Act, as amended, codified at 21 U.S.C. § 801, *et seq.*

2.      The defendant property is $1,101,454.31 in United States funds.  The defendant

property is in the custody of the United States Marshal's Service.

## JURISDICTION AND VENUE

3.      This Court has original jurisdiction of this civil action by virtue of 28 U.S.C. §

1345, because it has been commenced by the United States, and by virtue of 28 U.S.C. §

1355(a), because it is an action for the recovery and enforcement of a forfeiture under an Act of

Congress. Venue is proper in this District by virtue of 28 U.S.C. § 1355(b)(1), because this is a

forfeiture action or proceeding brought in the district court for the district in which any of the

acts or omissions giving rise to the forfeiture occurred, and by virtue of 28 U.S.C. § 1395,

because a civil proceeding for the forfeiture of property may be prosecuted in the district in

which the property is found. The defendant property is now, and during the pendency of this

action will be, in the jurisdiction of this Court.

4.      This civil action *in rem* for forfeiture is governed by 21 U.S.C § 881, 18 U.S.C.

§ 983, the Federal Rules of Civil Procedure, and the Supplemental Rules for Admiralty Or

Maritime Claims And Asset Forfeiture Actions, particularly Rule G.

## STATEMENT OF FACTS

5.      In 2010, a high-level drug trafficker became a target of a Drug Enforcement

Administration ("DEA") investigation into narcotics trafficking from Colombia to the United

States.  A grand jury sitting in the District of Columbia issued an indictment in 2011 charging the

trafficker with conspiracy to manufacture and distribute more than five kilograms of cocaine for

importation into the United States. The Indictment contained a forfeiture allegation.

6.      The trafficker agreed to plead guilty and cooperate with the United States as a Confidential Source ("CS"). Under the terms of the plea agreement, the CS was to forfeit to the United States any payments received as a result of illegal activities because any such property would be subject to forfeiture as proceeds of illegal conduct. That is, the CS agreed to forfeit any payments he or she received as a result of drug trafficking after the date of the plea agreement.

7.      In 2014, the DEA began an investigation into Emilio Enrique Martinez and the Martinez Drug Trafficking Organization ("DTO"). The Martinez DTO was believed to be trafficking multi-kilogram shipments of cocaine from South America to the United States and Europe, and was laundering drug trafficking proceeds and paying for additional cocaine shipments using bank accounts.

8.      During the course of the cooperation, the CS informed the DEA that the Martinez DTO owed the CS a pre-existing substantial debt for multiple shipments of narcotics. The CS agreed to provide the Martinez DTO with a DEA undercover bank account number and routing information to which the Martinez DTO could wire the money meant to repay the CS.

9.      After the CS gave the Martinez DTO the account and routing numbers, the Martinez DTO made three payments into the DEA undercover account in the District of Columbia totaling $1,101,454.31 as follows:

| Date | Amount |
|---|---|
| September 23, 2014 | $758,604.31 |
| October 7, 2014 | $10,000.00 |
| October 20, 2014 | $332,850.00 |

10.     DEA agents seized $1,101,454.31 from the undercover bank account on or about November 20, 2014. The funds are now in the custody of the United States Marshal's Service in Washington, DC.

## COUNT ONE

11.     The factual statements made in paragraphs 1 through 10 are re-alleged and incorporated by reference herein.

12.     The defendant property is money, negotiable instruments, securities, and a thing of value furnished or intended to be furnished by a person in exchange for a controlled substance, proceeds traceable to such an exchange, or moneys, negotiable instruments, or securities used or intended to be used to facilitate a violation of 21 U.S.C. § 801, *et seq.*

13.     As such, the defendant property constituting $1,101,454.31 is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

*WHEREFORE*, the plaintiff respectfully requests that, as to the above-referenced defendant property, due process and a warrant of arrest *in rem* issue according to law; that, pursuant to law, notice be provided to all interested parties to appear and show cause why the forfeiture should not be decreed and the defendant property be condemned as forfeited to the United States of America; and for such other and further relief as this Court may deem just, necessary and proper.

Respectfully submitted,

JESSIE K. LIU
United States Attorney


 _/s/Arvind K. Lal_____
Arvind Lal, D.C. Bar No. 389496
Assistant United States Attorney
Stephanie Williamson, D.C. Bar No. 1044027
Special Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7688; Arvind.Lal@usdoj.gov
(202) 252-7785; Stephanie.Williamson2@usdoj.gov

## **VERIFICATION**

I, Richard Kevin Schreiber, a Special Agent with the Drug Enforcement Administration, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing Verified Complaint for Forfeiture *In Rem* is based upon reports and information known to me and/or furnished to me by other law enforcement agents and that everything represented herein is true and correct to the best of my knowledge and belief.

Executed on this 31st day of October, 2019.

_____/s/_____
Richard K. Schreiber
Special Agent
Drug Enforcement Administration

# CIVIL COVER SHEET

JS-44 (Rev. 5/12 DC)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| United States of America | ONE MILLION ONE HUNDRED AND ONE THOUSAND FOUR HUNDRED FIFTY FOUR DOLLARS AND THIRTY ONE CENTS ($1,101,454.31) IN UNITED STATES FUNDS, |
| **(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** _____<br>**(EXCEPT IN U.S. PLAINTIFF CASES)** | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____<br>**(IN U.S. PLAINTIFF CASES ONLY)**<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| **(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**<br>Arvind K. Lal, Assistant U.S. Attorney<br>U.S. Attorney's Office for the District of Columbia<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530 | ATTORNEYS (IF KNOWN)<br>Unknown |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- (●) 1 U.S. Government Plaintiff
- ( ) 2 U.S. Government Defendant
- ( ) 3 Federal Question (U.S. Government Not a Party)
- ( ) 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ( ) 1 | ( ) 1 | Incorporated or Principal Place of Business in This State | ( ) 4 | ( ) 4 |
| Citizen of Another State | ( ) 2 | ( ) 2 | Incorporated and Principal Place of Business in This State | ( ) 5 | ( ) 5 |
| Citizen or Subject of a Foreign Country | ( ) 3 | ( ) 3 | Foreign Nation | ( ) 6 | ( ) 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
**(Place an X in one category, A-N, that best represents your Cause of Action and one in a corresponding Nature of Suit)**

**A.** *Antitrust*
- [ ] 410 Antitrust

**B.** *Personal Injury/ Malpractice*
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Medical Malpractice
- [ ] 365 Product Liability
- [ ] 367 Health Care/Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Product Liability

**C.** *Administrative Agency Review*
- [ ] 151 Medicare Act

**Social Security**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**Other Statutes**
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 890 Other Statutory Actions (If Administrative Agency is Involved)

**D.** *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**E.** *General Civil (Other)* OR **F.** *Pro Se General Civil*

**Real Property**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent, Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**Personal Property**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**Bankruptcy**
- [ ] 422 Appeal 27 USC 158
- [ ] 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Conditions
- [ ] 560 Civil Detainee – Conditions of Confinement

**Property Rights**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**Federal Tax Suits**
- [ ] 870 Taxes (US plaintiff or defendant)
- [ ] 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- [x] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**Other Statutes**
- [ ] 375 False Claims Act
- [ ] 400 State Reapportionment
- [ ] 430 Banks & Banking
- [ ] 450 Commerce/ICC Rates/etc.
- [ ] 460 Deportation
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions
- [ ] 470 Racketeer Influenced & Corrupt Organization

- [ ] 480 Consumer Credit
- [ ] 490 Cable/Satellite TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes
- [ ] 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| ○ **G.** *Habeas Corpus/ 2255* | ○ **H.** *Employment Discrimination* | ○ **I.** *FOIA/Privacy Act* | ○ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus – General<br>☐ 510 Motion/Vacate Sentence<br>☐ 463 Habeas Corpus – Alien Detainee | ☐ 442 Civil Rights – Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loan (excluding veterans) |
| ○ **K.** *Labor/ERISA (non-employment)* | ○ **L.** *Other Civil Rights (non-employment)* | ○ **M.** *Contract* | ○ **N.** *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 740 Labor Railway Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 440 Other Civil Rights<br>☐ 445 Americans w/Disabilities – Employment<br>☐ 446 Americans w/Disabilities – Other<br>☐ 448 Education | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights – Voting (if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding   ○ 2 Remand from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi-district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**
21 U.S.C. § 881(a)(6), 18 U.S.C. § 983, and 28 U.S.C. § 1395

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23   **DEMAND $**   **JURY DEMAND:**   Check YES only if demanded in complaint   YES ☐   NO ☒

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☒   NO ☐   If yes, please complete related case form

**DATE:** 10/31/2019   **SIGNATURE OF ATTORNEY OF RECORD**   /s/Arvind K. Lal

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
**Authority for Civil Cover Sheet**

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and services of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the cover sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff if resident of Washington, DC, 88888 if plaintiff is resident of United States but not Washington, DC, and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of the case.

VI.   CAUSE OF ACTION: Cite the U.S. Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASE(S), IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should endure the accuracy of the information provided prior to signing the form.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **c/o United States Attorney's Office** | ) | **Civil Action No. 19-3276** |
| **555 Fourth St., N.W.** | ) | |
| **Washington, D.C. 20530** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ONE MILLION ONE HUNDRED AND ONE** | ) | |
| **THOUSAND FOUR HUNDRED FIFTY FOUR** | ) | |
| **DOLLARS AND THIRTY ONE CENTS** | ) | |
| **($1,101,454.31) IN UNITED STATES FUNDS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

### WARRANT FOR ARREST *IN REM*

TO:   THE UNITED STATES MARSHAL'S SERVICE AND/OR ANY OTHER DULY
AUTHORIZED LAW ENFORCEMENT OFFICER:

     WHEREAS a Verified Complaint for Forfeiture *In Rem* has been filed in the United
States District Court for the District of Columbia, on the 31st day of October 2019, alleging that
the defendant property is subject to seizure and forfeiture to the United States pursuant to 21
U.S.C. § 881(a)(6) and 28 U.S.C. § 1395,

YOU ARE, THEREFORE, HEREBY COMMANDED to serve the defendant property, thus bringing, within the jurisdiction of the Court, the said defendant property, more fully described as:

**ONE MILLION ONE HUNDRED AND ONE THOUSAND FOUR HUNDRED FIFTY FOUR DOLLARS AND THIRTY ONE CENTS ($1,101,454.31) IN UNITED STATES FUNDS,**

Dated: October ____, 2019

_____
Clerk of the Court


By:    _____
Deputy Clerk

CO-932
Rev. 4/96

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. __19-3276__
(To be supplied by the Clerk)

NOTICE TO PARTIES:

Pursuant to Rule 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy  for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

NOTICE TO DEFENDANT:

Rule 40.5(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

NOTICE TO ALL COUNSEL

Rule 40.5(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

_____

The plaintiff , defendant or counsel must  complete the following:

I.      RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

A new case is deemed related to a case pending in this or another U.S. Court if the new case:  [Check appropriate box(e's) below.]

- [ ] (a)     relates to common property
- [x] (b)     involves common issues of fact
- [x] (c)     grows out of the same event or transaction
- [ ] (d)     involves the validity or infringement of the same patent
- [ ] (e)     is filed by the same pro se litigant

2.      RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the same parties and same subject matter.

Check box if new case is related to a dismissed case: [ ]

3.      NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):

United States District Court for the District of Columbia (11-cr-00301 (RMC))

4.      CAPTION AND CASE NUMBER OF RELATED CASE(E'S).  IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

United States of America                v.  Gerson Alvarez-Duenas a/k/a "Kiko"          C.A. No. _____

10/31/2019                              /s/ Arvind K. Lal
DATE                                    Signature of Plaintiff /Defendant (or counsel)